**No. 10-6169. Lionel Ferrel, Petitioner v. United States.**

562 U.S. 971, 131 S. Ct. 481, 178 L. Ed. 2d 304, 2010 U.S. LEXIS 7946.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 603 F.3d 758.